Grant Hallstrom. SBN #203830
granth@hkwllp.com
Paul J. Kurtzhall. SBN #264483
paul@hkwllp.com
HALLSTROM, KLEIN & WARD, LLP
15615 Alton Pkwy, Suite 175
Irvine, CA  92618
Tel. (949) 450-8500
Fax (949) 450-1588

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY J. MULLAHEY; et al, <br><br> Plaintiffs, <br> vs. <br><br> SEAKEEPER, INC.; et al. <br><br> Defendants. | Case No. 8:20-cv-01467-CJC-DFM <br> **NOTICE OF SETTLEMENT** <br> HON.  Cormac J. Carney |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

**NOTICE IS HEREBY GIVEN THAT** this case has been settled in its entirety. The Parties estimate that a request for dismissal of the case with prejudice will be filed with the Court within 30 days of the date of this notice. The Court will continue to retain jurisdiction over this matter until the Parties have filed a request for dismissal with prejudice of the entire matter.

Dated: October 2, 2020           HALLSTROM, KLEIN & WARD, LLP


                                 By: /s/ Paul J. Kurtzhall
                                     Paul J. Kurtzhall
                                     Counsel for Plaintiffs

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to this action. My business address is 15615 Alton Parkway, Suite 175, Irvine, CA 92618.

On October 2, 2020, the foregoing document(s) described as:

1. NOTICE OF SETTLEMENT

will be served by the court on all interested parties in this action via Notice of Electronic Filing through the CM/ECF System as follows:

- **Michael Jaeger**
  michael.jaeger@faegredrinker.com, lorena.lazheztter@faegredrinker.com, liliana.hernandez@faegredrinker.com

- **David T Ward**
  david@dtwlawoffice.com

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct

Executed on October 2, 2020 in Irvine, California.

    /s/ Scott Moody
    Scott Moody