**FAEGRE DRINKER BIDDLE & REATH LLP**
Michael Jaeger (SBN 289364)
*michael.jaeger@faegredrinker.com*
1800 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: +1 310 203 4000
Facsimile: +1 310 229 1285

Attorneys for Defendant
SEAKEEPER, INC.

**HALLSTROM, KLEIN & WARD, LLP**
Grant Hallstrom. SBN #203830
*granth@hkwllp.com*
Paul J. Kurtzhall. SBN #264483
*paul@hkwllp.com*
15615 Alton Pkwy, Suite 175
Irvine, CA 92618
Tel.  (949) 450-8500
Fax   (949) 450-1588

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY J. MULLAHEY, an individual and MARK S. WHEELER, an individual,<br><br>            Plaintiffs,<br><br>      v.<br><br>SEAKEEPER, INC., et al.,<br><br>            Defendants. | Case No. 8:20-cv-01467-CJC-DFM<br><br>Hon. Cormac J. Carney<br><br>**STIPULATION OF DISMISSAL** |

US.129885249.01

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Timothy J. Mullahey and Mark S. Wheeler, and Defendant Seakeeper, Inc., by and through their attorneys, jointly submit this Stipulation of Dismissal and respectfully request that the Court dismiss this case with prejudice and with each party to bear its own costs and attorneys' fees.

Dated: October 26, 2020

| **HALLSTROM, KLEIN & WARD, LLP** | **FAEGRE DRINKER BIDDLE & REATH LLP** |
|---|---|
| By: ___/s/ Grant Hallstrom<br>Grant Hallstrom (#203830)<br>grant@hkwllp.com<br>Paul J. Kurtzhall<br>Paul@hkwllp.com<br>15615 Alton Pkwy., Suite 175<br>Irvine, California 92618<br>Telephone: (949) 450-8500<br>Facsimile: (949) 450-1588 | By: /s/Michael Jaeger<br>Michael Jaeger (SBN 289364)<br>michael.jaeger@faegredrinker.com<br>1800 Century Park East, Suite 1500<br>Los Angeles, California 90067<br>Telephone: +1 310 203 4000<br>Facsimile: +1 310 229 1285 |
| Attorneys for Plaintiffs<br>TIMOTHY J. MULLAHEY<br>and MARK S. WHEELER | Attorneys for Defendant,<br>SEAKEEPER, INC. |